

**ORDERED in the Southern District of Florida on October 21, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                  Case No. 13-15294-AJC
    FELIX GONZALEZ                           Chapter 13

    Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF REAL PROPERTY HELD BY SPACE COAST [D.E. 22]

**THIS CAUSE** came before the Court on Debtor's Motion to Value and Determine Secured Status of Real Property Held by Space Coast Credit Union ("Motion to Value") [D.E. 22]. The Court has reviewed the record, considered the Motion and heard argument of counsel. Being fully advised in the premises, the Court **FINDS** as follows:

    1.     The value of the Debtor's real property (the "Property"), located at 2745 West 62 Place, Unit 203, Hialeah, Florida 33016, more particularly described as:

UNIT NO. 12, BUILDING 22, RESIDENCIAL EL PRADO CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 12777 AT PAGE 1816, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

is $82,000.00 at the time of the filing of this case.

2. Space Coast Credit Union, as successor in interest by merger to Eastern Financial Florida Credit Union f/k/a Eastern Financial Federal Credit Union, all predecessors, successors, assigns, nominees, known and unknown, recorded or not recorded, and/or intended to be recorded ("Space Coast"), claims an interest in the Property and alleges it owns/holds or services said interest by virtue of a first mortgage recorded on October 3, 2005 at Official Record Book 23831, Pages 0200 - 209, in the Official Records of Miami-Dade County, Florida.

3. Space Coast has a secured interest in the Property in the amount of $82,000.00. Consequently, it is **ORDERED and ADJUDGED** as follows:

4. Debtor's Motion to Value is **GRANTED.**

5. Space Coast has an allowed secured interest in the Property in the amount of $82,000.00 and the mortgage recorded on October 3, 2005 at Official Record Book 23831, Page 0200 of the Official Records of Miami-Dade County, Florida shall be modified to reflect the same.

6. The parties agree that the mortgage and note are modified as follows:

   a. The interest rate shall be fixed at 5.25% per annum; the monthly payments shall be payable through the Chapter 13 Plan and shall be principal and interest only in the total amount of $93,411.04 for sixty (60) months beginning March 8, 2013.

      b.      Debtor shall pay annual real property taxes directly to the Miami-Dade Tax Collector no later than March 31st of each year, commencing with the 2013 calendar tax year.

      c.      Debtor shall also be responsible for maintaining adequate and complete insurance on the Property at all times, including, but not limited to, homeowners and windstorm insurance, and shall provide copies of the policies and proof of same to Space Coast and/or its assigns, via U.S. Mail to Space Coast's Escrow and Insurance Department at 8045 N. Wickham Road, Melbourne, FL 32940, as the policies are renewed each year. Upon the request of Space Coast, the Debtor shall, from time to time, furnish copies of all paid insurance policies and proof of same to Space Coast and its counsel.

      7.      Space Coast filed a Proof of Claim [Claim No. 9-1] in this case. It shall be classified as a secured claim in the amount provided in Paragraph 2, above, and as a general unsecured claim in the amount of $117,513.99, regardless of the original classification in the Proof of Claim as filed.

      8.      This Order shall be recorded after discharge is entered and shall be deemed to be a modification of the terms of the above-referenced mortgage and note. If, for any other reason, either party deems it necessary to prepare a modified mortgage and note, the other party shall not unreasonably withhold agreement thereto and execution thereof. If this Chapter 13 case is dismissed or converts to a case under any other chapter, this Order should be voided and Space Coast's lien will be reinstated to its fully secured status.

      9.      The Property may not be sold or refinanced without proper notice and further order of the Court.

10. Notwithstanding the forgoing, this Order is not recordable or enforceable until the Debtor receives a discharge in this Chapter 13 case.

#   #   #

Jointly prepared by:

Alexis S. Read, Esq.
Alexis S. Garcia, Esq.

*Attorney Alexis Garcia shall serve a copy of this Order on all interested parties and shall file a Certificate of Service.*